In the Matter of the Petition of WILLIAM T. VAN TASSELL, Respondent, *v.* JOHN DERRENBACHER, as County Treasurer, etc., Appellant.

(Argued October 20, 1890; decided December 2, 1890.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 26, 1890, which affirmed an order made by the county judge of Ulster county commanding the treasurer of said county to comply with the statutes in reference to the application of taxes collected from a railroad company.

*A. T. Clearwater* for appellant.

*Augustus H. Van Buren* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

GEORGE H. CASE, Appellant, *v.* WILLIAM T. MANNIS et al., Respondents.

(Argued October 20, 1890; decided December 2, 1890.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made September 9, 1890, which affirmed an order of Special Term modifying, and affirming as modified, a decree in foreclosure, entered upon the report of a referee.

*L. H. Northrup* for appellant.

*R. O. Bascom* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.